# In the United States District Court for the Southern District of Georgia Brunswick Division

MICHAEL SHELLY BAKER, JR., *
                              *
    Plaintiff,                 *   CIVIL ACTION NO.: 2:16-cv-61
                              *
v.                            *
                              *
OFFICER STRICKLAN; and OFFICER *
ALAN WAINWRIGHT,              *
                              *
    Defendants.               *

## ORDER

After an independent and *de novo* review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, (dkt. no. 8), to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

Accordingly, the Court **DISMISSES** Plaintiff's Complaint, without prejudice, based on his failure to follow the Court's Orders and failure to prosecute. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to

**CLOSE** this case. The Court **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal.

**SO ORDERED**, this 27 day of October, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA